| | |
|---|---|
| DATE: | 5/6/2020 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:03 - 10:11 |
| TOTAL TIME: | 8 minutes |

CASE NUMBER 4:19-CR-00309-ALM

USA v. Zachariah Logan Carl (5)

 Ernest Gonzalez
AUSA

 Camille Knight, CJA
Defense Attorney

☒ INITIAL APPEARANCE INDICTMENT
☒ ARRAIGNMENT
☐ DETENTION HEARING   ☐ PRELIMINARY HEARING   ☒ STATUS CONFERENCE

☒   Hearing Held   ☒ Hearing Called   ☒ Defendant Sworn   ☐ Interpreter Required

☒   Date of arrest: 4/17/2020
☒   Defendant signed Consent to Proceed Via Video Conference

☒   Defendant ☒ advised of charges  ☒ advised of maximum penalties  ☒ waived reading of indictment

☐   Defendant first appearance with counsel Attorney: _____  ☐ Retained
☐   Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☐   Financial affidavit executed by dft.
☒   Defendant requests appointed counsel, is sworn and examined re: financial status.
☒   The court finds the defendant is ☐ able to employ counsel ☒ unable to employ counsel.
☒       Camille Knight                                            CJA appointed
☐                                                                 FPD appointed

☒   USA ORAL motion for detention
☐   USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
☐   Defendant ORAL motion to continue detention hearing
☐   Oral Order granting continuance   ☐ Oral Order denying continuance
☐   Detention hearing set _____
☐   Arraignment set _____

☒   Detention Hearing waived.
☒   Defendant detained based on signed Waiver.
☐   Preliminary Hearing waived.
☐   Court found Probable Cause based on signed Waiver.
☐   Defendant signed Waiver of Rule 5 and 5.1 hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐   Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing;
    ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting   district.
☒   Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☐   Order setting conditions of release ☐ PR Bond executed
☐   Defendant failed to appear   ☐ oral order for arrest warrant   ☐ bond forfeited
          ☐ See reverse/attached for additional proceedings

## **ARRAIGNMENT**

☒ Arraignment held. ☒ Arraignment called.

Defendant enters a plea of: ☒ not guilty ☐ guilty ☐ nolo
to counts: ☒ 1 ☒ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 _____
☐ all counts

☒ Pretrial Order and Scheduling Order -Discovery and Inspection to be entered.

☒ **PRETRIAL CONFERENCE SET**
**Friday, July 10, 2020**: **at 10:00 am before Judge Amos L. Mazzant, III in Sherman, Texas.**

Court ordered Defendant ☒ DETAINED ☐ RELEASED

☐ Conditions of Release entered

☒ Defendant remanded to USM.