**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | |
| **v.** § | **CASE NUMBER 4:19-CR-00309-ALM** |
| § | |
| § | |
| **ZACHARIAH LOGAN CARL (5),** § | |
| § | |

## ORDER

The Court set a hearing to consider the matter of Defendant's detention pending trial and Defendant waived his right to a detention hearing by the execution of waiver.

It is therefore **ORDERED** that Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

**So ORDERED and SIGNED this 6th day of May, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE